PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Plaintiff LSREF2 APEX 2, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LSREF2 APEX 2, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN E. PHILLIPS, an individual;<br>PATRICIA PHILLIPS, an individual;<br><br>Defendants. | Case No. 2:12-cv-00622-KJD-RJJ<br><br><br><br>**DEFAULT JUDGMENT** |

This action having been commenced on April 16, 2012 by the filing of the Summons and Complaint; a copy of the Summons and Complaint having been validly served on Defendants Melvin E. Phillips and Patricia Phillips (together "Defendants"); Defendants not having answered the Complaint; the time for answering the Complaint having expired; entry of Default having been entered on June 21, 2012; a review of the Complaint revealing that this Court has jurisdiction over the parties and the matter and the claims are validly pled; and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Entry of Default Judgment against Melvin E. Phillips and Patricia Phillips is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff LSREF2 APEX 2, LLC and against Defendants, jointly and severally, in the amount of $618,211.28.

///

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that additional interest shall accrue on the Judgment at the statutory rate from the date of entry of Judgment until paid in full;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover, pursuant to the Guaranty, its reasonable attorneys' fees and costs incurred in this action, such attorneys' fees and costs to be determined following submission of a Bill of Costs and Motion for Attorneys' fees to this Court following entry of the Judgment; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover costs of collection in connection with the Judgment, including reasonable attorneys' fees, as the Court may award from time-to-time upon application by Plaintiff.

DATED this 27th day of July, 2012.

_____
Kent J. Dawson
United States District Judge

Respectfully submitted by:

McDONALD CARANO WILSON LLP

/s/ Kristen T. Gallagher
PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, #1000
Las Vegas, Nevada 89102

*Attorneys for Plaintiff LSREF2 APEX 2, LLC*

342815