1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 LSREF2 APEX 2, LLC,

11    Plaintiff,                                Case No. 2:12-CV-00622-KJD-RJJ

12 v.                                           **ORDER**

13 MELVIN E. PHILLIPS, *et al.*,

14    Defendants.

15

16    Presently before the Court is Plaintiff's Motion for Attorneys' Fees (#13).  On July 27, 2012,

17 the Court entered default judgment (#11) against Defendants, awarded Plaintiff attorneys' fees and

18 costs in amount to be determined in a separately filed motion.  Plaintiff then filed the present motion

19 on August 10, 2012.  No response in opposition has been received.  Having read and considered the

20 motion, and good cause being found taking into account the factors found in Local Rule 54-16, the

21 Court grants the motion for attorneys' fees and costs.  Defendants shall be jointly and severally liable

22 for the award of attorneys' fees.

23    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees (#13) is

24 **GRANTED**;

25 ///

26 ///

1        IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Plaintiff and

2   against Defendants Melvin E. Phillips and Patricia Phillips, in the amount of $8,950.00.

3        DATED this 3rd day of September 2012.

4

5

6                                               _____

                                            Kent J. Dawson

7                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26